CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 27 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No.: 7:08-CR-00031-3 |
| v. | **FINAL ORDER** |
| RICHARD TYRONE MCMILLAN. | By: James C. Turk<br>Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that the government's motion to dismiss (Dkt. No. 235) is **GRANTED;** that McMillans's motion to vacate (Dkt. No. 224) pursuant to 28 U.S.C. § 2255 is hereby **DISMISSED; and McMillan's motion to appoint counsel is DENIED as moot.** This action shall be **STRICKEN** from the active docket of the court.

Further, finding that McMillan has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is DENIED.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

ENTER: This 27th day of October, 2011.

/s/ James C. Turk
Senior United States District Judge